tected thereunder against the acts of the defendants, thus bringing the case clearly within the Patent Laws of the United States. *Pratt v. Paris Gaslight & Coke Co.*, 168 U. S. 255. In so far as appellee is manufacturing articles like those that appellant manufactures and has falsely stamped upon them that they are patented, we are of opinion that equity will not interfere in the way and manner indicated by this bill. We do not believe equity has jurisdiction at the suit of one trader in an article to enjoin another trader in a similar article from telling falsehoods about his own article. It is not charged as to these articles that appellee is telling any falsehood about appellant's articles, but merely that he is telling falsehoods about the articles which appellee manufactures. We think the demurrer was properly sustained. The judgment of the court below is affirmed.

*Affirmed.*

---

**Spring Valley Coal Company, Appellee, v. John Framasetta, Appellant.**

**Gen. No. 5,784. (Not to be reported in full.)**

Appeal from the Circuit Court of Bureau county; the Hon. JOE A. DAVIS, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

### Statement of the Case.

Bill for an injunction by Spring Valley Coal Company against John Framasetta. From a decree granting such injunction, defendant appeals.

J. L. SPAULDING, for appellant.

MASTIN & SHERLOCK and GEORGE S. SKINNER, for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

## Abstract of the Decision.

1. INJUNCTION, § 206*—*what evidence is admissible to show breach.* In an action to enjoin the sale of intoxicating liquors on certain premises in violation of a covenant in a deed, the allegations of the bill may· be proved by direct or circumstantial evidence or both.

2. COVENANTS, § 15*—*when breach is shown.* Evidence *held* to show the sale of intoxicating liquor on certain premises in violation of a covenant in a warranty deed.

---

## Charles I. McNett, Appellee, v. Donald J. McDonald, Appellant.

### Gen. No. 5,786. (Not to be reported in full.)

Appeal from the Circuit Court of Kane county; the Hon. DUANE J. CARNES, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed August 2, 1913.

## Statement of the Case.

Action of *assumpsit* by Charles I. McNett against Donald J. McDonald. From a judgment for plaintiff for one thousand dollars, defendant appeals.

CALLAHAN & CALLAHAN, for appellant.

MIGHELL, GUNSUL & ALLEN, for appellee.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.